■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO CABAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Scarpino, J.), rendered December 21, 1989, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.